**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERNEST HOUSTON, ) <br> aka Ernest Elwardrolyn, ) <br> ) <br> ) <br> Defendant. ) | 2:09-CR-323-JCM (LRL) |

**FINAL ORDER OF FORFEITURE**

On January 8, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant ERNEST HOUSTON aka Ernest Elwardrolyn to a criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant ERNEST HOUSTON aka Ernest Elwardrolyn pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 9, 2010 through August 7, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a)    a Smith and Wesson .38 caliber revolver bearing serial number 49573; and

    b)    any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 23rd day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi L. Skillin, certify that the following individuals were served with copies of the Final Order of Forfeiture on September 22, 2010 by the below identified method of service:

E-mail/ECF

Paul Riddle
Federal Public Defender
411 East Bonneville, Suite 250
Las Vegas, NV 89101
ECF_Vegas@FD.ORG
*Counsel for Ernest Houston*

　　　　　　　　　　　　　　　/s/ HeidiLSkillin
　　　　　　　　　　　　　　HEIDI L. SKILLIN
　　　　　　　　　　　　　　Forfeiture Support Associate Clerk